AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Sensor360 LLC | ) |
| *Plaintiff* | ) |
| v. | )　　Case No.　　6:23-cv-806 |
| Cisco Systems, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:　　The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sensor360 LLC　　　　　.

Date:　　11/24/2023

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
600 Mamaroneck Ave STE 400, Harrison, NY 10528
7736694590
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*